## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| SUSAN HURST, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| ) | CIVIL ACTION FILE NO. |
| v. ) | 1:15-cv-01844-TWT |
| ) | |
| MONITRONICS INTERNATIONAL, INC., ) ) ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## DEFENDANT'S MOTION TO DISMISS OR TO STAY PROCEEDINGS AND COMPEL ARBITRATION

Pursuant to Federal Rule of Civil Procedure 12(b)(6) or, in the alternative, 12(b)(1),[1] and the Federal Arbitration Act codified at 9 U.S.C. § 1 *et seq*. ("FAA"), Defendant Monitronics International, Inc. ("Monitronics") hereby moves to dismiss Plaintiff's Class Action Complaint ("Complaint") in its entirety or, at the very least, to stay all proceedings in this lawsuit pending disposition of Plaintiff's claim in arbitration.

---

[1] Although Monitronics believes this Motion is properly brought under Fed. R. 12(b)(6) as one seeking dismissal for Plaintiff's failure to state a claim, to the extent the Court deems the issue of dismissal in favor of arbitration as a challenge to the Court's subject matter jurisdiction, Monitronics alternatively moves to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(1).

As grounds for this Motion, Monitronics states that Plaintiff's lone claim for a violation of the Telephone Consumer Protection Act ("TCPA") arises from and relates to the Alarm Monitoring Agreement ("AMA")[2] between Plaintiff and Monitronics. As a result, the AMA's one-year contractual limitations period bars Plaintiff's claim, while the AMA's arbitration clause requires arbitration of any dispute between the parties. Thus, even assuming *arguendo* that the Complaint is not time-barred, Monitronics respectfully submits that it is entitled to an Order staying this litigation and compelling the parties to arbitrate, consistent with the AMA's arbitration clause, the broad and emphatic federal policy favoring arbitration of disputes, and the Federal Arbitration Act, 9 U.S.C. §§ 1-16 ("FAA").

For these reasons, and as more fully explained in the memorandum of law filed contemporaneously herewith, Monitronics respectfully requests that this Court grant its Motion to Dismiss or to Stay Proceedings and Compel Arbitration.

Respectfully submitted, this 18th day of June 2015.

                HOLLAND & KNIGHT LLP

                */s/ Jordan T. Stringer*
                J. Allen Maines
                Georgia Bar No. 466575

---

[2] The AMA is attached to Monitronics' accompanying and contemporaneously filed Memorandum of Law as Exhibit 1 to the Affidavit of David Verret (the Affidavit of David Verret is attached thereto as Exhibit A).

                Jordan T. Stringer
                Georgia Bar No. 130736
                One Atlantic Center, Suite 2000
                1201 West Peachtree Street, N.W.
                Atlanta, Georgia 30309-3400
                Telephone:  (404) 817-8500
                Facsimile:  (404) 881-0470

                *Attorneys for Defendant*
                *Monitronics International, Inc.*

## **LR 7.1(D) FONT COMPLIANCE CERTIFICATION**

The undersigned counsel for Defendant Monitronics International, Inc. hereby certifies that the within and foregoing document was prepared using Times New Roman 14-point font in accordance with Local Rule 5.1 of the United States District Court for the Northern District of Georgia.

This 18th day of June 2015.

                                              HOLLAND & KNIGHT LLP

                                              */s/ Jordan T. Stringer*
                                              Jordan T. Stringer
                                              Georgia Bar No. 130736
                                              1201 West Peachtree Street, N.W.
                                              Suite 2000
                                              Atlanta, Georgia 30309-3400
                                              Telephone:  (404) 817-8500
                                              Facsimile:  (404) 881-0470

                                              *Attorney for Defendant Monitronics International, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed with the Clerk of Court this **DEFENDANT'S MOTION TO DISMISS OR TO STAY PROCEEDINGS AND COMPEL ARBITRATION** using the CM/ECF system, which will forward a copy to the following parties of record as follows:

| | |
|---|---|
| Justin T. Holcombe | jholcombe@skaarandfeagle.com |
| Kris Skaar | kskaar@skaarandfeagle.com |
| 133 Mirramont Lake Drive | |
| Woodstock, Georgia  30189 | |
| Telephone:  (770) 427-5600 | |
| Facsimile:  (404) 601-1855 | |
| | |
| James M. Feagle | jfeagle@skaarandfeagle.com |
| 2374 Main Street | |
| Suite B | |
| Tucker, Georgia  30084 | |
| Telephone: (404) 373-1970 | |
| Facsimile: (404) 601-1855 | |

This 18th day of June 2015.

                              */s/ Jordan T. Stringer*
                              Jordan T. Stringer
                              Georgia Bar No. 130736